UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Tina Nault,<br><br>    Plaintiff,<br>v.<br><br>Plaza Services, LLC<br><br>    Defendant. | Case No. 20-cv-00915 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Tina Nault hereby requests that the Court dismiss Plaintiff's claims with prejudice as to Defendant Plaza Services, LLC and with all rights of appeal waived, all parties to bear their own fees and costs.

/s/ Matthew C. Lein
Matthew C. Lein
State Bar No. 1084028
Attorneys for Plaintiff
**LEIN LAW OFFICES, LLP**
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com